I. T. Bloom, appellee, v. Mrs. Elizabeth S. Steinberg, appellant. Gen. No. 26,037.

Replevin for jewelry delivered to defendant on promise to marry. Claim in trover filed with leave of court. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed June 24, 1921.

Max M. Grossman, for appellant. William J. Dillon, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Frank Milke, appellee, v. Boyle Ice Company, appellant. Gen. No. 26,049.

Suit for wages due. Affidavit of merits alleging damages to a third person by plaintiff which defendant was obliged to settle and offering to set off the amount against plaintiff's claim. Affidavit stricken. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed June 24, 1921.

McArdle & McArdle, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Lavin Roofing Company, appellee, v. J. C. Mecartney et al. J. C Mecartney, appellant. Gen. No. 26,801.

Motion to strike a bill of exceptions filed within an unauthorized extension of time. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed June 24, 1921.

Newell Mecartney, for appellant. Charles P. Molthrop, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Lorenzo J. Lamson et al., trading as Lamson Brothers & Company, appellants, v. Frank Greiner, appellee. Gen. No. 25,989.

Assumpsit on a note, checks and an open account for moneys expended for defendant. Attachment on ground of nonresidence. Finding for plaintiffs on attachment issue and for defendant on assumpsit issue. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Barnes, P. J., specially concurring. Opinion filed June 24, 1921.

Moses, Rosenthal, & Kennedy, for appellants; Walter Bachrach and Henry Jackson Darby, of counsel. Burton, Kannally & Megan, for appellee; A. F. Reichmann and R. A. Burton, of counsel.

Mr. Justice Gridley delivered the opinion of the court.